**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **AUDREY CAULKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00366-RPM-KLM |
| | ) | |
| v. | ) | Judge Matsch |
| | ) | Magistrate Judge Mix |
| **FIRST LEGACY ASSET** | ) | |
| **MANAGEMENT, LLC.,** | ) | |
| **& JOSEPH BISH,** | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO STRIKE**

NOW COMES the Plaintiff, AUDREY CAULKINS, by and through her attorneys, SMITHMARCO, P.C., and for her Motion to Strike, Plaintiff states as follows:

1. On April 3, 2013, Plaintiff filed her First Amended Complaint against Defendants alleging that Defendants violated the Fair Debt Collection Practices Act relative to their attempts to collect a debt allegedly owed by Plaintiff.

2. On May 3, 2013, Rocco Lucente II, an individual claiming to represent both Defendants, directed correspondence to this Court in which he requested additional time to file a responsive pleading to Plaintiff's First Amended Complaint on behalf of Defendant, First Legacy Asset Management, and dismissal of Defendant Joseph Bish. (Doc. # 9).

3. The aforementioned correspondence is, for all intents and purposes, an Appearance filed by Mr. Lucente and a surreptitious attempt to file a motion for additional time to respond to Plaintiff's complaint and/or a dismissal for Defendant Bish.

4. By the filing of the present Motion to Strike, and by affixing his signature to this Motion, Plaintiff's counsel certifies that he has reviewed this Court's Attorney Admissions webpage and has confirmed that Rocco Lucente II is not admitted to practice law in this District

1

Court.  To further confirm the admission status of Rocco Lucente II, Plaintiff's counsel has contacted the Attorney Admissions for this Court and has confirmed that Mr. Lucente is not admitted to practice in the District of Colorado.

5.  The correspondence submitted to this Court by Mr. Lucente is tantamount to the unlicensed practice of law.

6.  Notwithstanding the fact that the May 3, 2013 correspondence submitted by Mr. Lucente is improper in form and content, by virtue of its submission by an unlicensed practitioner, the aforesaid correspondence should be stricken from the record of this case.

WHERFORE, the Plaintiff, AUDREY CAULKINS, by and through her attorneys, SMITHMARCO, P.C., respectfully requests that this Honorable Court enter an order striking Defendants' putative appearance and removing from the record the correspondence from Mr. Lucente, dated May 3, 2013, and for whatever relief that this Honorable Court deems just and appropriate.

> Respectfully submitted,
> **AUDREY CAULKINS**
>
> By:   s/ David M. Marco
>         Attorney for Plaintiff

Dated: May 13, 2013

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:   (312) 546-6539
Facsimile:    (888) 418-1277
E-Mail:        dmarco@smithmarco.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **AUDREY CAULKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:13-cv-00366-RPM-KLM |
| | ) | |
| v. | ) | **Judge Matsch** |
| | ) | **Magistrate Judge Mix** |
| **FIRST LEGACY ASSET** | ) | |
| **MANAGEMENT, LLC.,** | ) | |
| **AND JOSEPH BISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

**To:**  Rocco Lucente II
Cohen & Lombardo, P.C.
4140 Sheridan Drive
Amherst, NY 14221

I, David M. Marco, an attorney, certify that on **May 13, 2013**, I shall cause to be served a copy of **Plaintiff's Motion to Strike**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|   |   |   |   |
|---|---|---|---|
| _x_ | U.S. Mail | _X_ | Facsimile |
| ___ | Messenger Delivery | ___ | Email |
| ___ | Federal Express/UPS | ___ | ECF |

By:  s/ David M. Marco
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com

3