# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **AUDREY CAULKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00366-RPM-KLM |
| | ) | |
| v. | ) | Judge Matsch |
| | ) | Magistrate Judge Mix |
| **FIRST LEGACY ASSET** | ) | |
| **MANAGEMENT, LLC.,** | ) | |
| **AND JOSEPH BISH,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO JOSEPH BISH PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, AUDREY CAULKINS, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal as to Defendant, Joseph Bish, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case against Joseph Bish pursuant to a settlement agreement reached by the parties.

2. Joseph Bish has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs as to Joseph Bish.

4. This matter will still proceed against First Legacy Asset Management, LLC.

                                                          Respectfully submitted,
                                                          **AUDREY CAULKINS**

                                          By:    s/ David M. Marco

2

Attorney for Plaintiff

Dated: June 4, 2013

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:     (312) 546-6539
Facsimile:      (888) 418-1277
E-Mail:          dmarco@smithmarco.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **AUDREY CAULKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:13-cv-00366-RPM-KLM |
| | ) | |
| v. | ) | **Judge Matsch** |
| | ) | **Magistrate Judge Mix** |
| **FIRST LEGACY ASSET** | ) | |
| **MANAGEMENT, LLC.,** | ) | |
| **AND** JOSEPH BISH, | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

**To:** Rocco Lucente II
Cohen & Lombardo, P.C.
4140 Sheridan Drive
Amherst, NY 14221
716-881-2755

    I, David M. Marco, an attorney, certify that on **June 4, 2013**, I shall cause to be served a copy of **Plaintiff's Notice of Voluntary Dismissal as to Joseph Bish Pursuant to Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

      __x__ U.S. Mail              __X__ Facsimile
      ____ Federal Express/UPS     ____ ECF

                                                               By: __s/ David M. Marco__
                                                                    Attorney for Plaintiff

    David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com