IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00366-RPM-KLM

AUDREY CAULKINS,

    Plaintiff,

v.

FIRST LEGACY ASSET MANAGEMENT, LLC,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Strike** [Docket No. 10; Filed May 13, 2013] (the "Motion"). Former defendant Joseph Bish ("Bish") was terminated from this action on June 4, 2013. [#17, #18]. On May 3, 2013, Attorney Rocco Lucente, II ("Lucente") simultaneously sent Plaintiff's attorney a letter regarding the litigation against Mr. Bish and sent a copy of the letter to the Court, which was appropriately docketed by the Clerk's Office. *See Notice* [#9]. In the Motion, Plaintiff seeks to strike the letter submitted by Attorney Lucente because he is not admitted to practice in the District of Colorado.

    The Court has verified that Attorney Lucente is not admitted to practice in this district. Further, because Mr. Bish has now been dropped as a defendant in this action, Attorney Lucente will not seek admission in this district in order to appear in this matter on Mr. Bish's behalf.

    IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Notice [#9] is **STRICKEN**.

    Dated: June 4, 2013