IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00366-RPM-KLM

AUDREY CAULKINS,

      Plaintiff,
v.

FIRST LEGACY ASSET MANAGEMENT, LLC.,

      Defendant.
_____

ORDER FOR ENTRY OF FINAL JUDGMENT
_____

      Upon consideration of the Recommendation of United States Magistrate Judge Kristen L. Mix filed December 17, 2013, and the supporting papers for the plaintiff's motion for entry of default judgment, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

      ORDERED that judgment shall enter for Plaintiff Audrey Caulkins and against Defendant First Legacy Asset Management, LLC, in the amount of $2,000.00 in actual damages, $1,000.00 in statutory damages, and $3,129.00 in attorneys' fees, for a total judgment of $6,129.00, together with costs to be taxed upon the filing of a bill of costs within 14 days.

      DATED: January 9th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge