IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00366-RPM-KLM

AUDREY CAULKINS,

    Plaintiff,
v.

FIRST LEGACY ASSET MANAGEMENT, LLC.,

    Defendant.
_____

## JUDGMENT
_____

Pursuant to the Order for Entry of Judgment entered by Senior District Judge Richard P. Matsch on January 9, 2014, it is

ORDERED AND ADJUDGED that judgment is entered for Plaintiff Audrey Caulkins and against Defendant First Legacy Asset Management, LLC, in the amount of $2,000.00 in actual damages, $1,000.00 in statutory damages, and $3,129.00 in attorneys' fees, for a total judgment of $6,129.00, together with costs to be taxed upon the filing of a bill of costs within 14 days.

DATED: January 9th, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                      s/M. V. Wentz
                By_____
                            Deputy